NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**In re: LOCALS TECHNOLOGY, INC.,**

*Appellant*

———————————

2024-1180

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 90632969.

———————————

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2    IN RE: LOCALS TECHNOLOGY, INC.

(2)  Each side shall bear their own costs.

FOR THE COURT

April 1, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** April 1, 2024